IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

EDWARD AND BETH BUTCHER )
)
    Plaintiff, )
)
vs. ) Civil Action No. 1:06cv169
)
COMMUNITY MORTGAGE GROUP et al. )
)
    Defendants. )

## ORDER

This matter having come before the court upon Mercantile Safe-Deposit and Trust Company's Motion for Admission Pro Hac Vice of Craig Franco, and good cause having been shown, it is this 22nd day of October, 2007,

ORDERED that Mercantile Safe-Deposit and Trust Company's Motion for Admission Pro Hac Vice of Craig Franco is hereby GRANTED; and it is further

ORDERED that of Craig Franco may appear on behalf of Mercantile Safe-Deposit and Trust Company in this action pro hac vice.

ENTERED this 22nd day of October, 2007.

                                                                     _____
                                                                     Judge, U.S. District Court for the
                                                                     Northern District of West Virginia