```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

EDWARD BUTCHER and BETH
BUTCHER,

        **Plaintiffs,**

v.  //   CIVIL ACTION NO. 1:06CV169
                  (Judge Keeley)

COMMUNITY MORTGAGE GROUP, a/k/a
COMMUNITY HOME MORTGAGE, LLC and
d/b/a COMMUNITY MORTGAGE GROUP, LLC,
THE PROVIDENT BANK and D/B/A PCFS
FINANCIAL SERVICES, INC., DEUTSCHE
BANK NATIONAL TRUST COMPANY and
d/b/a Duetsche Bank Mortgage Capital,
LLC COMMUNITY BANK OF NORTHERN VIRGINIA,
LITTON LOAN SERVICING LP, TITLE FIRST
AGENCY OF W.VA., a limited liability
company, Trustee, a necessary party
and NATHAN WASSER, Trustee, a necessary
party,

        **Defendants.**

## ORDER REQUIRING STATUS REPORT

For reasons appearing to the Court, no later than 30 days after the date of this Order, each party shall file with the Court a status report outlining the current status of the litigation, including the status of any pending motions, and what that party anticipates may occur in this case in the future.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: October 25, 2007.

                                      /s/ Irene M. Keeley
                                      IRENE M. KEELEY
                                      UNITED STATES DISTRICT JUDGE