```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**EDWARD BUTCHER and BETH BUTCHER,**

        **Plaintiffs,**

**v.**                //    **CIVIL ACTION NO. 1:06CV169**
                                       **(Judge Keeley)**

**COMMUNITY MORTGAGE GROUP, a/k/a**
**COMMUNITY HOME MORTGAGE, LLC and**
**d/b/a COMMUNITY MORTGAGE GROUP, LLC,**
**THE PROVIDENT BANK and D/B/A PCFS**
**FINANCIAL SERVICES, INC., DEUTSCHE**
**BANK NATIONAL TRUST COMPANY and**
**d/b/a Duetsche Bank Mortgage Capital,**
**LLC COMMUNITY BANK OF NORTHERN VIRGINIA,**
**LITTON LOAN SERVICING LP, TITLE FIRST**
**AGENCY OF W.VA., a limited liability**
**company, Trustee, a necessary party**
**and NATHAN WASSER, Trustee, a necessary**
**party,**

        **Defendants.**

## ORDER DIRECTING COUNSEL TO SUBMIT DISMISSAL ORDER

The Court has been advised that the issues raised and suggested by the above-styled civil action have been resolved and that this civil action may be ended and removed from the active docket of the Court.

The Court directs counsel for Plaintiffs to prepare an appropriate dismissal order and to forward the same to the Court, with copies to all counsel of record in this civil action, within

**BUTCHER, ET AL. v. COMMUNITY MORTGAGE GROUP, ET AL.    1:06CV169**

**ORDER DIRECTING COUNSEL TO SUBMIT DISMISSAL ORDER**

thirty (30) days from the date of the entry of this Order.  Counsel may file any objections which they may have within ten (10) days from the receipt of the proposed dismissal order. Absent objections from counsel within the time allotted, the order will be entered concluding this civil action and removing the same from the active docket of the Court.

The Clerk is directed to transmit copies of this order to counsel of record.

DATED: November 13, 2007.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE