```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

EDWARD BUTCHER and BETH
BUTCHER,

        Plaintiffs,

v.                     //     CIVIL ACTION NO. 1:06CV169
                                    (Judge Keeley)

COMMUNITY MORTGAGE GROUP, a/k/a
COMMUNITY HOME MORTGAGE, LLC and
d/b/a COMMUNITY MORTGAGE GROUP, LLC,
THE PROVIDENT BANK and D/B/A PCFS
FINANCIAL SERVICES, INC., DEUTSCHE
BANK NATIONAL TRUST COMPANY and
d/b/a Duetsche Bank Mortgage Capital,
LLC COMMUNITY BANK OF NORTHERN VIRGINIA,
LITTON LOAN SERVICING LP, TITLE FIRST
AGENCY OF W.VA., a limited liability
company, Trustee, a necessary party
and NATHAN WASSER, Trustee, a necessary
party,

        Defendants.

### ORDER DENYING PENDING MOTIONS AS MOOT

On December 18, 2007, the Court entered an order dismissing this case. Consequently, the Court **DENIES AS MOOT** all pending motions in the case (dkt. nos. 46 & 47).

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: December 19, 2007.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE